UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                  :
ABEL NEGRETE,                     :
                                  :
        Petitioner,               :   Civ. No. 21-0029 (NLH)
                                  :
    v.                            :   **MEMORANDUM OPINION & ORDER**
                                  :
                                  :
WARDEN BERGAMI,                   :
                                  :
        Respondent.               :
_____:

APPEARANCE:

Abel Negrete
19225-023
Fairton
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320

        Petitioner <u>Pro se</u>

Rachael A. Honig, Acting United States Attorney
John T. Stinson, Jr., Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
402 East State Street
Room 430
Trenton, NJ 08608

        Attorneys for Respondent

<u>HILLMAN, District Judge</u>

        WHEREAS, Petitioner Abel Negrete filed a petition for writ

of habeas corpus pursuant to 28 U.S.C. § 2241, <u>see</u> ECF No. 1;

and

        WHEREAS, the Court ordered Respondent to answer the

petition on January 11, 2021, <u>see</u> ECF No. 2; and

WHEREAS, Respondent requests an extension until February 10, 2021 to submit its answer, ECF No. 4,

THEREFORE, IT IS on this   9th      day of February, 2021

ORDERED that Respondent's request for an extension, ECF No. 4, is granted.  The response is due February 10, 2021; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.


                                    s/ Noel L. Hillman
At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.